# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**RICHARD F. ABINA** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **3:09-MJ-0070 CMK**<br><br>Aaron Williams<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  pleaded guilty to count(s): 3 of the Complaint .
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| California Vehicle Code Section 23152(b) | Operate Motor Vehicle with BAC of .08 or Higher | 08/11/2009 | 3 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[✔]  Count(s) 1 and 2 of the Complaint (is)(are) dismissed.

[ ]  Indictment is to be dismissed by District Court on motion of the United States.

[✔]  Appeal rights given.          [ ]  Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

12/1/2009
Date of Imposition of Judgment

DATED: December 2, 2009

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| CASE NUMBER: 3:09-MJ-0070 CMK | Judgment - Page 2 of 3 |
| DEFENDANT: RICHARD F. ABINA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of one (1) day .

[✔]   The court makes the following recommendations to the Bureau of Prisons:
      Lassen County Adult Detention Facility, Susanville, California

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___ .
      [ ] as notified by the United States Marshal.

[✔]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [✔] before 1:30 pm  on 1/28/2010 .
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.
      If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.

                                                              _____
                                                              UNITED STATES MARSHAL

                                                     By  _____
                                                              Deputy U.S. Marshal

AO 245B-CAED (Rev. 3/04) Sheet 6 - Schedule of Payments    Case 3:09-mj-00070-CMK   Document 5   Filed 12/01/09   Page 3 of 3   Judgment - Page 3 of 3

CASE NUMBER:    3:09-MJ-0070 CMK                                            Judgment - Page 3 of 3
DEFENDANT:      RICHARD F. ABINA

# PROBATION

The defendant is hereby sentenced to unsupervised probation for a term of <u>two (2) years</u>.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance.

The defendant shall notify the court ten days prior to any change in residence or mailing address.

The defendant shall refrain from excessive use of alcohol.

# CRIMINAL MONETARY PENALTIES

The defendant shall pay a fine in the sum of $2,000.00.

Payment shall be made in equal   <u>monthly</u>   $  <u>100.00</u>   to commence   <u>1-1-2010</u> .